**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jackson T. Brown
Townsley Law Firm
3102 Enterprise Blvd
Lake Charles LA 70601

Rex Douglas Townsley
The Townsley Law Firm
3102 Enterprise Blvd.
Lake Charles LA 70601

David Harmon Hanchey
The Townsley Law Firm
3102 Enterprise Blvd
Lake Charles LA 70601

Hannah E. Mayeaux
The Townsley Law Firm
3102 Enterprise Blvd.
Lake Charles LA 70601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 27, 2022

**REHEARING ACTION: April 27, 2022**

**Docket Number: 21   00354-CA**

**LASHONDRA JONES**
**VERSUS**
**MARKET BASKET STORES, INC.**

**Appealed from Calcasieu Parish Case No. 2017-3573**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. John E. Conery**
**Hon. D. Kent Savoie**
**Hon. Van H. Kyzar**
**Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lashondra Jones** has this day been

**DENIED.**
Conery, J., would grant the rehearing.

cc: Van Clifton Seneca, Counsel for the Appellant
    Christopher Paul Ieyoub, Counsel for the Appellant
    Erik N. Fain, Counsel for the Appellant